DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY MATTIER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0434

[May 23, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 96-2277CF10A.

Timothy Z. Mattier, Maya, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and MAY, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***